# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

MATTHEW HOUSE,

                 Plaintiff,

    v.

CAROLYN COLVIN, Acting Commissioner
of Social Security,

             Defendant.
_____/

Case No.  1:14-cv-01018-SKO

**ORDER GRANTING PLAINTIFF'S
STIPULATED REQUEST TO EXTEND
BRIEFING SCHEDULE**

     On February 20, 2015, Plaintiff filed a stipulated request seeking to extend the parties' briefing schedule.  (Doc. 12.)  Plaintiff states that the extension is necessary to properly address the issues within the administrative record.

     Accordingly, IT IS HEREBY ORDERED that:

    1.    The parties' stipulated request is GRANTED,

    2.    Plaintiff's opening brief must be filed on or before April 17, 2015;

    3.    Defendant's opposition brief must be filed on or before May 18, 2015; and

    4.    Plaintiff's reply brief must be filed on or before June 2, 2015.

IT IS SO ORDERED.

Dated:  __**February 24, 2015**__          _____**/s/ Sheila K. Oberto**__
                                    UNITED STATES MAGISTRATE JUDGE