# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW HOUSE,<br><br>          Plaintiff,<br><br>     v.<br><br>CAROLYN COLVIN, Acting Commissioner of Social Security,<br><br>          Defendant.<br>_____/ | Case No. 1:14-cv-01018-SKO<br><br>**ORDER GRANTING PLAINTIFF'S STIPULATED REQUEST TO EXTEND BRIEFING SCHEDULE** |

On April 20, 2015, Plaintiff filed a stipulated request seeking to extend the parties' briefing schedule for the second time. (Doc. 14.) Plaintiff states that a second extension of time is needed because Plaintiff's counsel's spouse was recently hospitalized due to ongoing treatment for advanced breast cancer. Plaintiff's counsel needs additional time to fully research the issues presented in the case. (Doc. 14.)

Accordingly, IT IS HEREBY ORDERED that:

1. The parties' stipulated request is GRANTED,

2. Plaintiff's opening brief shall be filed on or before June 3, 2015;

3. Defendant's opposition brief shall be filed on or before July 1, 2015; and

4. Plaintiff's reply brief shall be filed on or before July 16, 2015.

IT IS SO ORDERED.

Dated: **April 21, 2015**                         **/s/ Sheila K. Oberto**
                                                  UNITED STATES MAGISTRATE JUDGE

2